UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE STANDARD OF JUSTICE, INC., et al, | : | NO. 3:18cv00522 (AVC) |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| TOWN OF WINDSOR LOCKS, | : | |
| | : | |
| Defendant. | : | JUNE 11, 2018 |

## ANSWER AND AFFIRMATIVE DEFENSES

1.      Paragraph 1 is admitted.

2.      Paragraph 2 is admitted.  By way of further response, the document speaks for itself.

3.      As to paragraph 3, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

4.      As to paragraph 4, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

5.      Paragraph 5 is denied.

6.      As to paragraph 6, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**Jurisdiction and Venue**

7.     As to paragraph 7, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

8.     As to paragraph 8, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

9.     As to paragraph 9, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

10.     As to paragraph 10, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**Defendant**

11.     Paragraph 11 is admitted.

12.     As to paragraph 12, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

13.     As to paragraph 13, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**Plaintiffs**

      **a.**      **One Standard of Justice, Inc.**

      14.      As to paragraph 14, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      15.      As to paragraph 15, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      16.      As to paragraph 16, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      17.      As to paragraph 17, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      18.      As to paragraph 18, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      19.      As to paragraph 19, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

      20.      As to paragraph 20, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

21.     As to paragraph 21, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

22.     As to paragraph 22, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

23.     As to paragraph 23, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

24.     As to paragraph 24, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**b.     John Doe**

25.     As to paragraph 25, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

26.     As to paragraph 26, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

27.     As to paragraph 27, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

28.     As to paragraph 28, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

29.     As to paragraph 29, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

30.     As to paragraph 30, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

31.     As to paragraph 31, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

32.     As to paragraph 32, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

33.     As to paragraph 33, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

34.     As to paragraph 34, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

35.    As to paragraph 35, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

36.    As to paragraph 36, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

37.    As to paragraph 37, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**The Ordinance**

38.    Paragraph 38 is admitted.

39.    As to paragraph 39, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

40    Paragraph 40 is admitted. By way of further response, the document speaks for itself.

41.    As to paragraph 41, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

42.    As to paragraph 42, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

43.     As to paragraph 43, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

44.     As to paragraph 44, the document speaks for itself.

45.     As to paragraph 45, the document speaks for itself.

46.     As to paragraph 46, the document speaks for itself.

47.     As to paragraph 47, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.  By way of further response, the document speaks for itself.

48.     As to paragraph 48, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof. By way of further response, the document speaks for itself.

49.     As to paragraph 49, the document speaks for itself.

50.     Paragraph 50 is denied.

51.     Paragraph 51 is denied.

52.     As to paragraph 52, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

53.     As to paragraph 53, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

54.     As to paragraph 54, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

55.     As to paragraph 55, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

56.     As to paragraph 56, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

57.     As to paragraph 57, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

58.     As to paragraph 58, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

59.     As to paragraph 59, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

60.     As to paragraph 60, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

61.     As to paragraph 61, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

62.     As to paragraph 62, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

63.     As to paragraph 63, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

64.     As to paragraph 64, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

65.     As to paragraph 65, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

66.     As to paragraph 66, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

67.     As to paragraph 67, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

68.     As to paragraph 68, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

69.     As to paragraph 69, the document speaks for itself.

70.     As to paragraph 70, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

71.     As to paragraph 71, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

72.     As to paragraph 72, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

73.     As to paragraph 73, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

74.     Paragraph 74 is denied.

75.     Paragraph 75 is denied.

76.     As to paragraph 76, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to their burden of proof.

**First Claim for Relief**
**Town of Windsor Locks Municipal Code § 160-1 et seq. Is Not Narrowly Tailored to Serve a Significant Government Interest and is Unconstitutionally Overbroad in Violation of Plaintiffs' Rights under the First and Fourteenth Amendments to the United States Constitution**

77.     The answers to paragraphs 1 through 76 are hereby incorporated and

made to answers to paragraphs 1 through 76 as if more fully set forth herein.

78.     Paragraph 78 is denied.

79.     Paragraph 79 is denied.

80.     Paragraph 80 is denied.

81.     Paragraph 81 is denied.

**Second Claim for Relief**
**Town of Windsor Locks Municipal Code § 160-1 et seq. Violates Plaintiffs' Right to Equal Protection Under the Fourteenth Amendment to the United States Constitution**

82.     The answers to paragraphs 1 through 81 are hereby incorporated and

made to answers to paragraphs 1 through 81 as if more fully set forth herein.

83.     As to paragraph 83, the defendant does not have sufficient knowledge or

information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to

their burden of proof.

84.     As to paragraph 84, the defendant does not have sufficient knowledge or

information upon which to base a belief or opinion and, therefore, leaves the plaintiffs to

their burden of proof.

85.     Paragraph 85 is denied.

86.     Paragraph 86 is denied.

87.     Paragraph 87 is denied.

88.     Paragraph 88 is denied.

89.      Paragraph 89 is denied.

90.      Paragraph 90 is denied.

91.      Paragraph 91 is denied.

**Third Claim for Relief**
**Town of Windsor Locks Municipal Code § 160-1 et seq. Imposes Substantial Burdens on Both Enumerated and Unenumerated Fundamental Rights Without Sufficient Justification in Violation of the First and Fourteenth Amendments to the United States Constitution**

92.      The answers to paragraphs 1 through 91 are hereby incorporated and

made to answers to paragraphs 1 through 91 as if more fully set forth herein.

93.      Paragraph 93 is denied.

94.      Paragraph 94 is denied.

95.      Paragraph 95 is denied.

96.      Paragraph 96 is denied.

97.      Paragraph 97 is denied.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Affirmative Defense As To First Claim For Relief**

The plaintiffs have failed to state a claim upon which relief can be granted.

**Second Affirmative Defense As To First Claim For Relief**

One or more of the named plaintiffs lack standing and/or their claims are not ripe.

**First Affirmative Defense As To Second Claim For Relief**

The plaintiffs have failed to state a claim upon which relief can be granted.

**Second Affirmative Defense As To Second Claim For Relief**

One or more of the named plaintiffs lack standing and/or their claims are not ripe.

**First Affirmative Defense As To Third Claim For Relief**

The plaintiffs have failed to state a claim upon which relief can be granted.

**Second Affirmative Defense As To Third Claim For Relief**

One or more of the named plaintiffs lack standing and/or their claims are not ripe.

## REQUEST FOR TRIAL BY JURY

The Defendant requests a trial by jury.

DEFENDANT,
TOWN OF WINDSOR LOCKS

By /s/ Katherine E. Rule
   Thomas R. Gerarde
   ct05640
   Katherine E. Rule
   ct27360
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   tgerarde@hl-law.com
   krule@hl-law.com

## <u>CERTIFICATION</u>

This is to certify that on June 11, 2018 a copy of the foregoing Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Katherine E. Rule</u>
Katherine E. Rule