UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE STANDARD OF JUSTICE, INC., et al, | : : : |
| Plaintiffs, | : : |
| v. | NO. 3:18-cv-00522 (AVC) : : |
| TOWN OF WINDSOR LOCKS, | : : |
| Defendant. | : |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, TOWN OF WINDSOR LOCKS, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(ii).

PLAINITFFS,
One Standard of Justice, Inc., and
John Doe

By /s/ Paul M. Dubbeling
   Paul M. Dubbeling, Esq.
   PHV N.C. 47014
   P.M. Dubbeling, PLLC
   210 North Columbia Street
   Chapel Hill, NC 27514
   (919) 635-6005

DEFENDANT,
Town of Windsor Locks

By /s/ Katherine E. Rule
   Thomas R. Gerarde
   ct05640
   Katherine E. Rule
   ct27360
   Howd & Ludorf, LLC
   65 Wethersfield Avenue

|  |  |
|---|---|
| paul.dubbeling@pmdubbeling.com | Hartford, CT  06114 |
| and | (860) 249-1361 |
| Audrey Felsen, Esq. | (860) 249-7665 (Fax) |
| Koffsky & Felsen, LLC | E-Mail:  tgerarde@hl-law.com |
| 1150 Bedford Street | E-Mail:  krule@hl-law.com |
| Stamford, CT 06905 |  |
| afelsen@aol.com |  |

## **CERTIFICATION**

     This is to certify that on 29 April 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.